82,904-01

ERIC J. BROWN
#1570332  7I-57T
MC CONNELL UNIT
3001 S. EMILY dr.
BEEVILLE, TEXAS 78102

MAY 7, 2015

COURT OF CRIMINAL APPEALS
 ABEL ACOSTA, CLERK
 P.O. BOX 12308 CAPITOL STATION
 AUSTIN, TEXAS 78711

SUBJECT: CORRESPONDENCE OF APRIL 30, 2015

GREETINGS: MAY God bLESS And be WITh You ———

RE: BROWN, ERIC
  CCA NO: WR-82,904-01
  TR. CT. NO: 08-11-222-CRW-A

REQUEST: CERTIFICATE OF APPEALAbILITY ———
APPEAL TO THE TEXAS SUPREME COURT;

ON MARCh 25, 2015, ThIs COURT hAs denIED "REQUEST OPINIONS,
PubLICATION And CITATIONS, MOTION FOR REHEARING And
RECONSIdERATION".
ON FEbRUARY 19, 2015, APPLICATION FOR WRIT OF HAbEAS CORPUS
WAS RECEIVED And "denIED WIThOUT WRITTEN ORdER" ON MARCh
11, 2015.
FOR ALL INTENT And PURPOSES  EX PARTE ERIC BROWN TDCJ-CID #
1570332, hEREbY REQUEST COA (CERTIFICATE OF APPEALAbILITY)
ThAT hE MAY APPEAL TO THE TEXAS SUPREME COURT.

CC: FILE

RESPECTFULLY

Eric J. Brown

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 1 1 201.

Abel Acosta, Clerk